***E-Filed 1/5/12***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

KAY KOUKAB ORANGI,　　　　　　　　　　　　　No. C 11-01229 RS

　　　　　Plaintiff,　　　　　　　　　　　　　　　　**RECUSAL ORDER**

　　v.

JPMORGAN CHASE BANK, et al.,

　　　　　Defendants.
_____/

　　　I hereby recuse myself from hearing or determining any matters which have been referred to me as District Judge in the above-entitled action. The Clerk of Court shall reassign the referred matters in this case to another District Judge.

IT IS SO ORDERED.

Dated: 1/5/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

RECUSAL ORDER